J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

JS-6

Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

James P. Buchholz
Tourkow Crell Rosenblatt & Johnston
Star Building
127 West Berry Street, Suite 1200
Fort Wayne, IN 46802-2300
Telephone: (260) 426-0545

Attorney for Defendant
Mark Crosby, an individual and d/b/a
as Amazon.com Seller Pugcrazy DVDs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., | Case No. CV12-6529 DMG (FFMx) |
| Plaintiff, | |
| v. | CONSENT DECREE AND PERMANENT INJUNCTION [7] |
| Mark Crosby, an individual and d/b/a as Amazon.com Seller Pugcrazy DVDs and Does 1-10, inclusive, | |
| Defendants. | |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Home Entertainment Inc. ("Plaintiff") and Defendant Mark Crosby, an individual and d/b/a as Amazon.com Seller Pugcrazy DVDs ("Defendant"), in this action, and good cause appearing therefor,

IT IS HEREBY ORDERED that based on the Parties' stipulation and only as to Defendant, his successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant and by voluntarily entering into the Joint Stipulation re Entry of Consent Decree and Permanent Injunction, Defendant has waived any objection to the Court's exercise of personal jurisdiction over him.

2) Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3) Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4) Defendant and his agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily, or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

a) Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

b) Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

c) Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5) Each side shall bear its own fees and costs of suit.

6) Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7) This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8) The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10) The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment

Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

11) This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED:   January 30, 2013

_____
DOLLY M. GEE
United States District Judge

# EXHIBIT A

# COPYRIGHT REGISTRATIONS

| REGISTRATION NUMBER | TITLE | COPYRIGHT CLAIMANTS |
|---|---|---|
| RE 683-844 | A Big Hand for the Little Lady | Warner Bros. Entertainment Inc.; Eden Productions, Inc. |
| RE 73-598 | Angel Face | RKO General, Inc. |
| PA 1-733-273 | BIG LOVE: Winter | Home Box Office, Inc. |
| PA 1-729-909 | BIG LOVE: A Seat At The Table | Home Box Office, Inc. |
| PA 1-729-896 | BIG LOVE: Certain Poor Shepherds | Home Box Office, Inc. |
| PA 1-732-179 | BIG LOVE: The Oath | Home Box Office, Inc. |
| PA 1-741-708 | BIG LOVE: The Special Relationship | Home Box Office, Inc. |
| PA 1-736-212 | BIG LOVE: D.I.V.O.R.C.E | Home Box Office, Inc. |
| PA 1-741-709 | BIG LOVE: Til Death Do Us Part | Home Box Office, Inc. |
| PA 1-743-659 | BIG LOVE: The Noose Tightens | Home Box Office, Inc. |
| PA 1-737-340 | BIG LOVE: Exorcism | Home Box Office, Inc. |
| PA 1-396-851 | BIG LOVE: Where Men And Mountains Meet | Home Box Office, Inc. |
| R 640245 | Border Incident | Turner Entertainment Co. |
| RE 575635 | Born to Kill | RKO Pictures, Inc. |
| R 320976 | Bullets or Ballots | Turner Entertainment Co. |
| PA 1-800-456 | CHUCK: Chuck Versus The Anniversary | Warner Bros. Entertainment Inc. |
| PA 1-800-450 | CHUCK: Chuck Versus The Cliffhanger | Warner Bros. Entertainment Inc. |
| R 435886 | City for Conquest | Turner Entertainment Co. |
| RE 73-603 | Clash by Night | RKO Pictures, Inc. |
| R 586037 | Crossfire | RKO Pictures, Inc. |
| RE 131-472 | Dial M for Murder [VHS] | Warner Bros. Entertainment Inc. |
| R 535-984 | Dillinger | Monogram Pictures Corp. |

| | | |
|---|---|---|
| PA 1-736-232 | GAME OF THRONES: Winter Is Coming | Home Box Office, Inc. |
| PA 1-736-234 | GAME OF THRONES: The Kingsroad | Home Box Office, Inc. |
| PA 1-737-694 | GAME OF THRONES: Lord Snow | Home Box Office, Inc. |
| PA 1-737-699 | GAME OF THRONES: Cripples, Bastards And Broken Things | Home Box Office, Inc. |
| PA 1-737-696 | GAME OF THRONES: The Wolf And The Lion | Home Box Office, Inc. |
| PA 1-737-695 | GAME OF THRONES: A Golden Crown | Home Box Office, Inc. |
| PA 1-750-434 | GAME OF THRONES: You Win Or You Die | Home Box Office, Inc. |
| PA 1-738-431 | GAME OF THRONES: The Pointy End | Home Box Office, Inc. |
| PA 1-739-318 | GAME OF THRONES: Baelor | Home Box Office, Inc. |
| PA 1-740-116 | GAME OF THRONES: Fire And Blood | Home Box Office, Inc. |
| RE 42-685 | His Kind of Woman | RKO Pictures, Inc. |
| RE 343-400 | Home from the Hill | Turner Entertainment Co.; Sol C. Siegel Productions, Inc. |
| R 562 447 | Lady in the Lake | Turner Entertainment Co. |
| R 474 634 | Larceny, Inc. | Turner Entertainment Co. |
| R 326 309 | Love on the Run | Turner Entertainment Co. |
| RE 73-591 | Macao | RKO Pictures, Inc. |
| 1951: RE 42-694; 1986: PA 307 830. | On Dangerous Ground | 1951: RKO Pictures, Inc. 1986: Brouwersgracht Investments, B.V. |
| PA 117-739 | Rich and Famous | Turner Entertainment Co. |
| R 446 786 | Shadow of the Thin Man | Turner Entertainment Co. |
| PA 123-074 | Shoot the Moon | Turner Entertainment Co. |
| R 380 524 | The Amazing Dr. Clitterhouse | Turner Entertainment Co. |

| | | |
|---|---|---|
| R 605 070 | The Bishop's Wife (Classic Collection) | Samuel Goldwyn Productions |
| RE 765 229 | The Good Guys and the Bad Guys | Warner Bros. Entertainment Inc. |
| RE 73-604 | The Narrow Margin | RKO Pictures, Inc. |
| RE 42-687 | The Racket | RKO Pictures, Inc. |
| RE 381 048 | The Sundowners | Warner Bros. Entertainment Inc. |
| RE 827-469 | The Yakuza | Warner Bros. Entertainment Inc. |
| PA 1-743-069 | TREME: Accentuate The Positive | Home Box Office, Inc. |
| PA 1-739-172 | TREME: Everything I Do Gonh Be Funky | Home Box Office, Inc. |
| PA 1-750-437 | TREME: OnYour Way Down | Home Box Office, Inc. |
| PA 1-746-591 | TREME: Santa Claus, Do You Ever Get The Blues? | Home Box Office, Inc. |
| PA 1-746-579 | TREME: Slip Away | Home Box Office, Inc. |
| PA 1-746-582 | TREME: Feels Like Rain | Home Box Office, Inc. |
| PA 1-746-583 | TREME: Carnival Time | Home Box Office, Inc. |
| PA 1-756-008 | TREME: Can I Change My Mind | Home Box Office, Inc. |
| PA 1-748-878 | TREME: What Is New Orleans? | Home Box Office, Inc. |
| PA 1-748-782 | TREME: That's What Lovers Do? | Home Box Office, Inc. |
| PA 1-748-781 | TREME: Do Whatcha Wanna | Home Box Office, Inc. |
| RE 702 676 | Up the Down Staircase | Boardwalk Productions; Warner Bros. Entertainment Inc. |
| R 311 470 | Wife vs Secretary | Turner Entertainment Co. |